

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00003-CR

---

MICHAEL LUMPKINS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the County Court at Law No. 1
Lubbock County, Texas
Trial Court No. CC-2025-CR-2405, Honorable Mark Hocker, Presiding

---

March 24, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Michael Lumpkins, proceeding pro se, was convicted of possession of marihuana[1] and sentenced to three days of confinement in Lubbock County Jail. We previously remanded this cause to the trial court to determine, among other things, whether Appellant desired to continue to prosecute the appeal.

---

[1] *See* TEX. HEALTH & SAFETY CODE § 481.121(b)(1).

On February 17, 2026, the trial court issued findings of fact and conclusions of law stating that Appellant no longer desired to pursue the appeal. By letter of February 23, 2026, we notified Appellant that unless he filed a written response by March 9, 2026, affirmatively stating his desire to continue this appeal, the appeal will be reinstated on the Court's docket and subject to dismissal. *See* TEX. R. APP. P. 42.2. Appellant has not responded to the Court's letter or had any further communication with the Court to date.

Accordingly, we reinstate the appeal and dismiss it based on the trial court's findings that Appellant no longer desires to prosecute the appeal. *See* TEX. R. APP. P. 2, 42.2; *Soto v. State*, No. 07-22-00356-CR, 2023 Tex. App. LEXIS 6638, at *3 (Tex. App.—Amarillo Aug. 28, 2023, no pet.) (mem. op., not designated for publication) (dismissing appeal after appellant notified the trial court that he no longer wished to pursue the appeal).

The appeal is dismissed.

Per Curiam

Do not publish.